[Civ. No. 6624. First Appellate District, Division Two.—September 24, 1929.]

F. A. ANDREWS, Respondent, v. R. H. BARRETT, as Building Inspector, etc., Appellant.

Girard N. Richardson for Appellant.

Breed, Burpee & Robinson for Respondent.

STURTEVANT, J.—This is an application for a writ of mandate to compel the municipal authorities to issue to the plaintiff a building permit. It was tried one week later than the action entitled *Andrews v. City of Piedmont, ante,* p. 700 [281 Pac. 78], this day filed. ■ While the actions were tried separately, the parties stipulated that the evidence in each case could be used in the other; that the reporters' transcripts could be included in one transcript; that the clerk's transcripts could be included in one transcript, and that all of the briefs could be considered in each case.

On the authority of *Andrews v. City of Piedmont, supra,* the judgment is affirmed.

Nourse, J., and Koford, P. J., concurred.